MARY H. McGUNN, as Administratrix of the Estate of ARTHUR McGUNN, Deceased, Respondent, *v.* AMERICAN MUTUAL LIABILITY INSURANCE COMPANY et al., Appellants.

Argued October 8, 1945; decided November 29, 1945.

*Joseph J. Brophy, Edward A. Shandell* and *Desmond T. Barry* for appellant.

*Thomas F. J. Connolly* and *Robert J. McKeever* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.